HILL, Respondent, *v.* BELDON, Appellant.

*(Supreme Court, General Term, Third Department.* December 12, 1890.)

No opinion. Order vacating, etc., reversed, with $10 costs and printing disbursements, and motion to vacate denied, with $10 costs.

---

TUFTS, Respondent, *v.* THORP, Appellant.

*(Supreme Court, General Term, Third Department.* December 12, 1890.)

No opinion. Order affirmed, with $10 costs and printing disbursements.

---

REXFORD, Appellant, *v.* HAWN *et al.*, Respondents.

*(Supreme Court, General Term, Third Department.* December 12, 1890.)

No opinion. Judgment reversed, new trial granted, referee discharged, costs to abide event.

---

VAN BENSCHOTEN, Respondent, *v.* GILBERT, Appellant.

*(Supreme Court, General Term, Third Department.* December 12, 1890.)

No opinion. Judgment of county court and of justice of the peace affirmed, with costs.

---

COLLINS, Appellant, *v.* VILLAGE OF LITTLE FALLS, Respondent.

*(Supreme Court, General Term, Fourth Department.* December 6, 1890.)

No opinion. Motion denied, without costs.

---

DASEY *v.* SKINNER *et al.*

*(Supreme Court, General Term, Fourth Department.* December 6, 1890.)

No opinion. Motion for leave to appeal to the court of appeals denied. HARDIN, P. J., not sitting. See 11 N. Y. Supp. 823.

---

McQUADE *v.* SCRAFFORD.

*(Supreme Court, General Term, Fourth Department.* December 6, 1890.)

No opinion. Motion granted, with $10 costs, unless appellant, within 30 days, either serve his proposed case and exceptions, leave to do which is given, or the printed papers in case of his desire of being heard on the judgment roll alone, and in case either is done, then this motion is denied, without costs.

---

MATTESON, Respondent, *v.* TRACY, Appellant.

*(Supreme Court, General Term, Fourth Department.* December 6, 1890.)

No opinion. Order affirmed, with $10 costs and disbursements.

---

BUCK, Respondent, *v.* BUCK, Appellant.

*(Supreme Court, General Term, Fourth Department.* December 6, 1890.)

No opinion. Order affirmed, without costs.

---

GARDENIER, Appellant, *v.* OSWEGO CITY SAVINGS BANK *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* December 6, 1890.)

No opinion. Order affirmed, with $10 costs and disbursements.